IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SYED HOSAIN ALI, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | No. 3:21-cv-00050-M (BT) |
| | § | |
| JIMMY JOHNSON, | § | |
|     Respondent. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated September 24, 2021. The Court has reviewed the Findings, Conclusion, and Recommendation for plain error and has found none.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 20th day of October, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE